# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF:

MISDEMEANOR CHARGES  
PURSUANT TO 50 U.S.C. § 797  
AND 18 U.S.C. § 1382

25-MC-19

## ENTRY OF APPEARANCE

**COMES NOW,** Assistant Federal Public Defender Amanda Skinner, and hereby enters her appearance as counsel of record for the Federal Public Defender's Office, District of New Mexico, and any counsel appointed pursuant to the Criminal Justice Act.

Respectfully submitted,

**FEDERAL PUBLIC DEFENDER**  
506 S. Main Street, Suite 400  
Las Cruces, NM 88001  
(575) 527-6930

*(Electronically filed May 05, 2025)*

By: /s/ Amanda Skinner  
AMANDA SKINNER  
Assistant Federal Public Defender