IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| MISDEMEANOR CHARGES | ) NO. 25-MC-19 |
| PURSUANT TO 50 U.S.C. § 797 | ) |
| AND 18 U.S.C. § 1382 | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF ENTRY OF APPEARANCE

The United States of America notifies the Court that RYAN ELLISON United States Attorney, hereby enters his appearance on behalf of the United States.

The United States requests that all notices, pleadings and correspondence be delivered to the attention of RYAN ELLISON.

Respectfully submitted,

RYAN ELLISON
United States Attorney

*/s/    Electronically Filed 5/5/25*
RYAN ELLISON
United States Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.
(575) 522-2391 - Fax

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

*/s/    Electronically Filed 5/5/25*
RYAN ELLISON
United States Attorney